**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Our File No. 13022.046

Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Attorneys for Brian J. Mullen, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| SWEETWATER POOLS & SPA, LLC | No. 2-07-bk-03893-GBN |
| Debtor. | **NOTICE OF APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

TO: The creditors and parties in interest:

PLEASE TAKE NOTICE that Lane & Nach, P.C., attorneys for Brian J. Mullen, Chapter 7 Trustee, has filed its First/Final Application for Payment of Attorneys' Fees and Costs in the following amounts: fees $25,513.50 and costs of $1,483.06 for the total sum of $26,996.56 for services provided from August 22, 2007, through December 11, 2009. A complete copy of same is on file with the Clerk of the Court and available for inspection.

Any person opposing same shall file a written objection, together with a notice of hearing, on or before 21 days of the date of this mailing as follows: Clerk of the United States Bankruptcy Court, as follows: (a) by hand-delivery to 230 North First Avenue, First Floor, Phoenix, Arizona; or (b) electronically at the Court's website: ecf.azb.uscourts.gov using the Court's electronic filing procedures, and a copy mailed to the Trustee's attorney, Lane & Nach, P.C., 2025 North Third Street, Suite 157, Phoenix, Arizona 85004. **Objections should be supported by specific facts. It shall not be a sufficient objection that objector is an unpaid general creditor.** If the party in interest timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the Court will sign an Order without further notice to you.

DATED: 12/21/09           LANE & NACH, P.C.

By  /s/ Adam B. Nach
    Adam B. Nach
    Attorney for Trustee