**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Our File No. 6001-100

Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Attorneys for Brian J. Mullen, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| SWEETWATER POOLS & SPA, LLC | No. 2-07-bk-03893-GBN |
| Debtor. | **CERTIFICATE OF MAILING** |

I, Sheila M. Rochin, a paralegal with the law firm of Lane & Nach, P.C., in its capacity as attorneys for Brian J. Mullen, Trustee, hereby certify that on December 21, 2009, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, a copy of the Notice of Application for Payment of Attorneys' Fees and Costs and such document was mailed to all creditors and parties-in-interest with complete addresses appearing on the most current Master Mailing List on file with the Bankruptcy Court.

DATED: December 21, 2009.

                                                    /s/ Sheila M. Rochin
                                                  Sheila M. Rochin