**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach – 013622
Email: adam.nach@lane-nach.com

Attorneys for Brian J. Mullen, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| SWEETWATER POOLS & SPA, LLC | No. 2-07-bk-03893-GBN |
| Debtor. | **APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

I.    **GENERAL INFORMATION.**

Lane & Nach, P.C., (hereinafter "Attorney") counsel for Brian J. Mullen, Chapter 7 Trustee (hereinafter "Trustee"), herein presents this First/Final Application for Payment of Attorneys' Fees and Costs. In support of this Application, Attorney submits its billing statements for the period August 22, 2007, through December 11, 2009, which are attached hereto and incorporated herein. In further support of its Application, Attorney respectfully represents as follows:

II.    **NARRATIVE SUMMARY.**

A.    Background.

1.    This case was commenced by voluntary petition filed on or about August 9, 2007. Thereafter, Brian J. Mullen was appointed Trustee.

2.    Attorney's employment as counsel for the Trustee was approved by Order of this Court dated August 24, 2007.

3.    Attorney has expended in excess of 128.75+ hours in its representation of the

Lane & Nach, P.C.
2025 North Third St., Suite 157
Phoenix, AZ 85004

Trustee on matters affecting the estate. Based upon Attorney's ordinary hourly rates in effect at the time said services were rendered and which are hereinafter set forth, Attorney's detailed fees total $25,513.50. Additionally, Attorney has also incurred out-of-pocket expenses for which it is seeking reimbursement in the sum of $1,483.06. The blended hourly rate is $ 240.00 . The total amount sought by Attorney is as follows:

| | |
|---|---|
| Fees | $25,513.50 |
| Costs | $ 1,483.06 |
| Total | $26,996.56 |

4.      The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's <u>Order Authorizing Trustee to Employ Attorney</u>, and the Guidelines of the Office of the U.S. Trustee for the District of Arizona.

5.      Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

6.      The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by certified bankruptcy specialists and other professionals of similar experience in Phoenix, Arizona.

| Title | Name/Billing Code | Hourly Rate(s) | Year Admitted to Practice |
|---|---|---|---|
| **Partner** | Adam B. Nach (ABN/Partner) | $285-$265 | 1991 |
| **Associate** | Lisa Perry Banen (LPB/Associate) | $240-$210 | 1985 |
| **Paralegal** | Sheila M. Rochin (SMR/Paralegal) | $120 | N/A |
| **Paralegal** | Rogene Clark (RC/Paralegal) | $100 | N/A |
| **Paralegal** | Corliss Kitchens (CK/Paralegal) | $90 | N/A |
| **Paralegal** | Terie Turner (TT/Paralegal) | $90 | N/A |
| **Paralegal** | Janet Hone (JH/Paralegal) | $90 | N/A |

7.       This Application is Attorneys' first interim application and Attorney understands that pursuant to 11 U.S.C. §331 further applications may not be submitted in less than 120-day intervals.

B.       Case Status.

1.       To the best of Attorney's information and belief, the amount of cash on hand or on deposit with the Case Trustee is approximately as follows:

Total Received                                    $46,000.00
Total Disbursed                                   $       -0-

2.       To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses in this case.

3.       To the best of Attorney's information, there are no encumbered funds in the estate.

4.       Trustee anticipates that the Notice of Proposed Distribution should be submitted on or before April, 2010.  Trustee believes that it is not feasible to make an interim distribution to creditors at this time, without prejudicing the rights of any creditor holding a claim of equal or higher priority.

C.       Project Summary.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1.       Case Administration.  As more fully set forth in Exhibit "A" Attorney has performed

Lane & Nach, P.C.
2025 North Third St., Suite 157
Phoenix, AZ  85004

3

professional services with respect to the general administration of this bankruptcy estate. Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case. Time and attention was incurred with the analysis of the Debtor's pre-petition business activities. Time and attention was incurred in the analysis of Debtor's Schedules and Statements filed with the Court. Attorney conducted multiple FRBP 2004 exams/production of documents. Stay relief matters were reviewed. In connection with this subject area, Attorney expended a total of:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|-------|------|----------------|-------|---------------|
| **Partner** | Adam B. Nach | $285-$245 | 7.4 | $1,821.00 |
| **Associate** | Lisa Perry Banen | $240-$195 | 11.4 | 2,235.00 |
| **Paralegal** | Janet Hone | $90 | 3.3 | 297.00 |
| **TOTAL** | | | | $4,553.00 |

As detailed on Exhibit "A", the costs for which Attorney seeks reimbursement total $1,483.06. The majority of the costs were incurred in the adversary proceeding including deposition costs, process server costs, witness/subpoena costs. Photocopy charges incurred (@ $.25 per page) and/or postage and PACER fees were also incurred.

2. <u>Asset Analysis & Disposition/Adversary</u>. As more fully set forth in Exhibit "A", Attorney has performed professional services with respect to the analysis and disposition of estate assets. Attorney commenced an adversary proceeding entitled <u>BRIAN MULLEN, Trustee, Plaintiff vs. JAMES TEMBY and JANE DOE TEMBY; MICHAEL K. ("KENT") PRUETT and JANE DOE PRUETT; DENNIS TEMBY and JOYCE TEMBY, husband and wife; JOHN DOE I-III; JANE JOE I-III; ABC CORPORATION I-III, ABC LLC I-III, Defendants</u> (Adv. No. 2:08-ap-00249). After years of protracted litigation, Attorney was successful in obtaining a judgment and collected same. In connection with this subject area, Attorney expended a total of:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|-------|------|----------------|-------|---------------|
| **Partner** | Adam B. Nach | $285-$245 | 6.3 | $ 1,605.50 |

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|-------|------|----------------|-------|---------------|
| **Associate** | Lisa Perry Banen | $240-$195 | 79.8 | 17,365.50 |
| **Paralegal** | Sheila M. Rochin | $120 | 0.4 | 48.00 |
| **Paralegal** | Rogene Clark | $100 | 3.1 | 248.00 |
| **Paralegal** | Corliss Kitchens | $90 | 10.9 | 981.00 |
| **Paralegal** | Terie Turner | $90 | .35 | 31.50 |
| **TOTAL** | | | | $20,279.50 |

       3.     <u>Employment and Payment of Professionals</u>. As more fully set forth in Exhibit "A", Attorney has performed professional services with respect to the employment and payment of professionals. In connection with this subject area, Attorney expended a total of:

| Title | Name | Hourly Rate(s) | Hours | Dollar Amount |
|-------|------|----------------|-------|---------------|
| **Partner** | Adam B. Nach | $285-$265 | 1.8 | $501.00 |
| **Paralegal** | Sheila M. Rochin | $120 | 1.5 | 180.00 |
| **TOTAL** | | | | $681.00 |

## III. **EVALUATION STANDARDS.**

       A.     Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to compensation therefor and that performance of same has benefited the estate.

       B.     Trustee has approved the fees and costs sought herein.

## IV. **SUMMARY.**

       The Summary Sheet, as required by the Office of the U.S. Trustee, is attached hereto and incorporated herein.

## V. **CONCLUSION.**

       Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order:

       A.     Approving and authorizing payment of fees to Lane & Nach, P.C. in the sum of $25,513.50 for services provided from August 22, 2007, through December 11, 2009 and,

       B.     Approving and authorizing reimbursement of out-of-pocket expenses to Lane & Nach, P.C., in the sum of $1,483.06 and,

       C.     For such other and further relief as this Court deems just and proper.

Lane & Nach, P.C.
2025 North Third St., Suite 157
Phoenix, AZ 85004

5

RESPECTFULLY SUBMITTED this __21st___ day of December , 2009.

**LANE & NACH, P.C.**

By____/s/ Adam. B. Nach_____
         Adam B. Nach
         Attorneys for Trustee

Copy of the foregoing mailed/delivered via electronic notification

Dean William O'Connor
Sallquist, Drummond & O'Connor PC
1430 E Missouri Ave. #B-125
Phoenix, AZ 85014
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706


By___/s/ Sheila M. Rochin

# Summary Fee Transaction File List
LANE & NACH, P.C.

| | | Hours<br>to Bill | Amount | |
|---|---|---|---|---|
| Subtotal for Timekeeper 2 | Billable | 15.50 | 3,927.50 | ADAM B. NACH |
| Subtotal for Timekeeper 7 | Billable | 5.60 | 448.00 | ROGENE CLARK |
| Subtotal for Timekeeper 8 | Billable | 1.90 | 228.00 | SHEILA M. ROCHIN |
| Subtotal for Timekeeper 10 | Billable | 91.20 | 19,600.50 | LISA P. BANEN |
| Subtotal for Timekeeper 12 | Billable | 3.30 | 297.00 | JANET HONE |
| Subtotal for Timekeeper 17 | Billable | 0.35 | 31.50 | TERIE TURNER |
| Subtotal for Timekeeper 19 | Billable | 10.90 | 981.00 | CORLISS KITCHENS |
| **Total for Client ID 13022.046** | Billable | 128.75 | 25,513.50 | BRIAN MULLEN<br>SWEETWATER POOLS & SPA, LLC |

## GRAND TOTALS

| | | | |
|---|---|---|---|
| | Billable | 128.75 | 25,513.50 |

# Summary Fee Transaction File List
LANE & NACH, P.C.

| | | Hours to Bill | Amount | |
|---|---|---|---|---|
| Subtotal for Timekeeper 2 | Billable | 7.40 | 1,821.00 | ADAM B. NACH |
| Subtotal for Timekeeper 7 | Billable | 2.50 | 200.00 | ROGENE CLARK |
| Subtotal for Timekeeper 10 | Billable | 11.40 | 2,235.00 | LISA P. BANEN |
| Subtotal for Timekeeper 12 | Billable | 3.30 | 297.00 | JANET HONE |
| **Total for Category 101** | Billable | 24.60 | 4,553.00 | CASE ADMINISTRATION |
| Subtotal for Timekeeper 2 | Billable | 1.80 | 501.00 | ADAM B. NACH |
| Subtotal for Timekeeper 8 | Billable | 1.50 | 180.00 | SHEILA M. ROCHIN |
| **Total for Category 102** | Billable | 3.30 | 681.00 | PROFESSIONAL/EMPLOYMENT FEES |
| Subtotal for Timekeeper 2 | Billable | 6.30 | 1,605.50 | ADAM B. NACH |
| Subtotal for Timekeeper 7 | Billable | 3.10 | 248.00 | ROGENE CLARK |
| Subtotal for Timekeeper 8 | Billable | 0.40 | 48.00 | SHEILA M. ROCHIN |
| Subtotal for Timekeeper 10 | Billable | 79.80 | 17,365.50 | LISA P. BANEN |
| Subtotal for Timekeeper 17 | Billable | 0.35 | 31.50 | TERIE TURNER |
| Subtotal for Timekeeper 19 | Billable | 10.90 | 981.00 | CORLISS KITCHENS |
| **Total for Category 171** | Billable | 100.85 | 20,279.50 | ADVERSARY |

## GRAND TOTALS

| | | | |
|---|---|---|---|
| | Billable | 128.75 | 25,513.50 |

# LANE & NACH, P.C.

2025 North 3rd Street

Suite B-157

PHOENIX, AZ 85004

Telephone: (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

BRIAN MULLEN

Statement Date: December 11, 2009
Statement No. 26924
Account No. 13022.046

Page: 1

RE: SWEETWATER POOLS & SPA, LLC

## Fees

| | | Rate | Hours | |
|---|---|---|---|---|
| **08/22/2007** | | | | |
| ABN | TELEPHONE CALL FROM TRUSTEE REGARDING NEW CASE; ATTENTION TO ISSUES. | 245.00 | 0.30 | 73.50 |
| ABN | REVIEW AND ANALYZE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; ATTENTION TO SAME. | 245.00 | 1.00 | 245.00 |
| **08/31/2007** | | | | |
| JH | ATTENTION TO INSTRUCTIONS FROM ATTORNEY NACH REGARDING LETTER CLOSING BANK ACCOUNTS. | 90.00 | 0.10 | 9.00 |
| JH | PER INSTRUCTIONS OF ATTORNEY NACH, DRAFT LETTER TO BANK OF AMERICA DEMANDING CLOSING OF ALL ACCOUNTS OF DEBTOR AND REMITTING OF FUNDS TO TRUSTEE. | 90.00 | 0.50 | 45.00 |
| **09/02/2007** | | | | |
| ABN | REVIEW AND ANALYZE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. | 245.00 | 1.00 | 245.00 |
| **09/05/2007** | | | | |
| JH | DRAFT TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENT AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004 EXAMINATION, ORDER AND EXHIBIT A REGARDING SAME. | 90.00 | 1.00 | 90.00 |
| ABN | REVIEW AND ANALYZE DRAFT OF 2004 EXAMINATION; ATTENTION TO SAME. | 245.00 | 0.40 | 98.00 |
| **09/07/2007** | | | | |
| JH | DRAFT CERTIFICATE OF SERVICE FOR 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS ORDER. | 90.00 | 0.30 | 27.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| **09/17/2007** | | | | |
| JH | ATTENTION TO CHECKING FOR RESPOND TO AUGUST 31 DEMAND TO BANK OF AMERICA TO CLOSE ACCOUNTS AND TURNOVER FUNDS. | 90.00 | 0.20 | 18.00 |
| **09/19/2007** | | | | |
| JH | TELEPHONE CALL TO ALEXANDRIA AT BANK OF AMERICA REGARDING DEMAND LETTER TO CLOSE ACCOUNTS ON AUGUST 31, 2007 AND FIND THAT DEMAND WAS SENT TO BANKRUPTCY DEPARTMENT IN NORTH CAROLINA. | 90.00 | 0.20 | 18.00 |
| **09/21/2007** | | | | |
| ABN | REVIEW AND ANALYZE MOTION FOR RELIEF FROM STAY REGARDING REGISTRAR. | 245.00 | 0.30 | 73.50 |
| **09/27/2007** | | | | |
| ABN | TELEPHONE CONFERENCE WITH TRUSTEE 341(A) MEETING. | 245.00 | 0.20 | 49.00 |
| **09/28/2007** | | | | |
| ABN | TELEPHONE CONFERENCE FROM ATTORNEY FOR DEBTOR REGARDING RE-SCHEDULED 2004 EXAMINATION. | 245.00 | 0.20 | 49.00 |
| **10/01/2007** | | | | |
| JH | ATTENTION TO CALL FROM DEAN O'CONNOR, ATTORNEY FOR DEBTORS AND RESCHEDULING OF 2004 EXAMINATION TO October 10. | 90.00 | 0.20 | 18.00 |
| JH | TELEPHONE CALL FROM AND TELEPHONE CALL TO DENNIS FROM SWEETWATER POOLS REGARDING CHANGE OF DATE AND TIME FOR 2004 EXAMINATION. | 90.00 | 0.20 | 18.00 |
| **10/02/2007** | | | | |
| ABN | REVIEW AND ANALYZE COUNTY RECORDER REGARDING LIENS. | 245.00 | 0.30 | 73.50 |
| **10/03/2007** | | | | |
| ABN | TELEPHONE CONFERENCE WITH TRUSTEE REGARDING 341(A) MEETING. | 245.00 | 0.20 | 49.00 |
| **10/04/2007** | | | | |
| ABN | ATTEND 341(A) MEETING HEARING; MEMORANDUM TO FILE REGARDING SAME. | 245.00 | 1.50 | 367.50 |
| **10/07/2007** | | | | |
| ABN | REVIEW AND ANALYZE AMENDED SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS. | 245.00 | 0.30 | 73.50 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

|  | | Rate | Hours | |
|---|---|---|---|---|
| **10/08/2007** | | | | |
| ABN | TELEPHONE CONFERENCE FROM TRUSTEE REGARDING AUCTIONEER; TELEPHONE CONFERENCE FROM AUCTIONEER. | 245.00 | 0.40 | 98.00 |
| **10/10/2007** | | | | |
| LPB | REVIEW DOCUMENTS AND SORT FOR SCANNING | 195.00 | 1.00 | 195.00 |
| LPB | TELEPHONE CALL TO ATTORNEY OCONNOR REGARDING 2004 EXAMINATION EXAM TODAY; LEAVE DETAILED MESSAGE PLEASE CALL | 195.00 | 0.20 | 39.00 |
| LPB | SECOND CALL TO ATTORNEY OCONNOR ; LEAVE MESSAGE PLEASE CALL; PREPARE E-MAIL TO ATTORNEY OCONNOR | 195.00 | 0.10 | 19.50 |
| LPB | THIRD CALL TO ATTORNEY OCONNOR; RESCHEDULE 2004 EXAMINATION | 195.00 | 0.20 | 39.00 |
| **10/11/2007** | | | | |
| JH | TELEPHONE CALL FROM JUANA AT RUBY'S POOLS REGARDING PROOF OF CLAIM ISSUES. | 90.00 | 0.20 | 18.00 |
| JH | FORWARD PROOF OF CLAIM FORM AND INSTRUCTIONS TO JUANA AT RUBY'S POOLS VIA E-MAIL. | 90.00 | 0.40 | 36.00 |
| **10/15/2007** | | | | |
| ABN | REVIEW ORDER GRANTING STAY RELIEF. | 245.00 | 0.10 | 24.50 |
| **10/18/2007** | | | | |
| LPB | REVIEW DEBTOR DOCUMENTS AND PREPARE FOR 2004 EXAMINATION ; 2005 AND 2006 TAX RETURNS; GENERAL LEDGER; A/R LISTS; CUSTOMER DEPOSIT LISTS;  CHECK REGISTER, DEBTOR DOCS DON'T MATCH SCHEDULES | 195.00 | 2.50 | 487.50 |
| ABN | REVIEW AND ANALYZE MOTION FOR RELIEF FROM STAY REGARDING BABCOCK. | 245.00 | 0.20 | 49.00 |
| LPB | CONDUCT 2004 EXAMINATION EXAM OF DENNIS TEMBLE AND JAMES TEMBLE | 195.00 | 1.00 | 195.00 |
| **10/22/2007** | | | | |
| LPB | UPDATE TRUSTEE STATUS REPORT | 195.00 | 0.30 | 58.50 |
| LPB | REVIEW CLIENT INFORMATION FROM PAYCHEX ; SORT FOR SCANNING AND FILING | 195.00 | 0.30 | 58.50 |
| **11/02/2007** | | | | |
| LPB | PREPARE LETTER TO DEBTOR'S ATTORNEY REGARDING DOCUMENTS NEEDED TO COMPLY WITH 2004 EXAMINATION | 195.00 | 0.60 | 117.00 |
| **11/07/2007** | | | | |
| LPB | PREPARE 2004 EXAMINATION APPLICATION FOR BANK OF AMERICA BANK ACCOUNTS | 195.00 | 0.70 | 136.50 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| **11/10/2007** | | | | |
| ABN | REVIEW FILE; CASE STATUS REPORT TO TRUSTEE. | 245.00 | 0.30 | 73.50 |
| **11/12/2007** | | | | |
| ABN | CONFERENCE WITH TRUSTEE REGARDING CASE STATUS. | 245.00 | 0.30 | 73.50 |
| **11/15/2007** | | | | |
| LPB | REVIEW AND EVALUATE RECEIVABLES DUE ON CONTRACTS | 195.00 | 0.40 | 78.00 |
| **12/03/2007** | | | | |
| LPB | FOLLOW UP ON RECEIVABLES; PREPARE INSTRUCTIONS REGARDING SAME TO ASSISTANT | 195.00 | 0.30 | 58.50 |
| **12/04/2007** | | | | |
| RC | PREPARATION OF DEMAND LETTERS. | 80.00 | 1.20 | 96.00 |
| LPB | REVIEW, REVISE AND EDIT DEMAND ON A/R | 195.00 | 0.10 | 19.50 |
| **12/05/2007** | | | | |
| LPB | EXECUTE 17 DEMAND LETTERS AND INSTRUCT ASSISTANT REGARDING COPYING AND STORAGE | 195.00 | 0.20 | 39.00 |
| **12/06/2007** | | | | |
| LPB | UPDATE TRUSTEE STATUS REPORT; DOCKET FOLLOW UP | 195.00 | 0.20 | 39.00 |
| LPB | TELEPHONE CALL FROM MRS. JOYCE ROBERTS; WORK WAS NOT COMPLETED | 195.00 | 0.20 | 39.00 |
| **12/07/2007** | | | | |
| LPB | RESPOND TO E-MAIL FROM MR. HUMMEL | 195.00 | 0.20 | 39.00 |
| LPB | TELEPHONE CALL TO MR. HUMMEL IN RESPONSE TO HIS SECOND E-MAIL; PLEASE JUST SEND ROC AWARD AND LETTER | 195.00 | 0.10 | 19.50 |
| LPB | RETURN CALL TO A/R CARD; POOL WAS EVER COMPLETED TO ACCEPTABLE STANDARDS; WILL SEND INFORMATION | 195.00 | 0.20 | 39.00 |
| LPB | NOTE FACSIMILE TRANSFER FROM MR. HUMMEL; PREPARE FILE NOTES | 195.00 | 0.20 | 39.00 |
| **12/10/2007** | | | | |
| LPB | REVIEW E-MAIL ON ACCOUNTS RECEIVABLE FROM ERINFIELD; RESPOND AND SAVE TO FILE | 195.00 | 0.20 | 39.00 |
| **12/13/2007** | | | | |
| LPB | REVIEW DOCUMENTS FROM WRIGHTWAY SHOTCRETE; | 195.00 | 0.50 | 97.50 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **12/18/2007** | | | | | |
| | LPB | MAKE DEMAND FOR NOTE AND GUARANTEE DOCUMENTS. | 195.00 | 0.20 | 39.00 |
| | LPB | PREPARE INSTRUCTIONS REGARDING PRODUCTION OF DOCUMENTS - BANK OF AMERICA | 195.00 | 0.20 | 39.00 |
| | RC | PREPARATION OF 2004 EXAMINATION FOR BANK OF AMERICA. | 80.00 | 1.00 | 80.00 |
| **12/26/2007** | | | | | |
| | LPB | UPDATE TRUSTEE STATUS REPORT | 195.00 | 0.20 | 39.00 |
| **12/27/2007** | | | | | |
| | RC | RECEIPT OF SIGNED ORDER FOR PRODUCTION OF DOCUMENTS FOR BANK OF AMERICA; PREPARATION OF SUBPOENA DUCES TECUM AND LETTER FORWARDING SAME TO BANK. | 80.00 | 0.30 | 24.00 |
| **01/04/2008** | | | | | |
| | LPB | REVIEW AND SORT BANK RECORDS DELIVERED TODAY | 195.00 | 0.30 | 58.50 |
| | LPB | UPDATE TRUSTEE STATUS REPORT | 195.00 | 0.20 | 39.00 |
| **01/18/2008** | | | | | |
| | LPB | UPDATE TRUSTEE STATUS REPORT | 195.00 | 0.20 | 39.00 |
| **03/25/2008** | | | | | |
| | ABN | REVIEW MOTION FOR RELIEF FROM STAY BY LYNN BABCOCK. | 265.00 | 0.20 | 53.00 |
| **04/14/2008** | | | | | |
| | LPB | UPDATE TRUSTEE STATUS REPORT | 210.00 | 0.20 | 42.00 |
| **05/21/2008** | | | | | |
| | ABN | CONFERENCE WITH TRUSTEE REGARDING STATUS. | 265.00 | 0.20 | 53.00 |
| **09/17/2009** | | | | | |
| | LPB | UPDATE TRUSTEE STATUS REPORT | 240.00 | 0.20 | 48.00 |
| | | CASE ADMINISTRATION | | 24.60 | 4,553.00 |
| **08/22/2007** | | | | | |
| | ABN | REVIEW DRAFT OF APPLICATION TO EMPLOY; ATTENTION TO SAME. | 245.00 | 0.30 | 73.50 |
| **12/07/2009** | | | | | |
| | ABN | PREPARATION OF ATTORNEY FEE APPLICATION; ATTENTION TO CLOSING CASE ISSUES. | 285.00 | 1.50 | 427.50 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| **12/08/2009** | | | | |
| SMR | DRAFT TRUSTEE ATTORNEY FEE APPLICATION AND RELATED DOCUMENTS. | 120.00 | 1.50 | 180.00 |
| | PROFESSIONAL/EMPLOYMENT FEES | | 3.30 | 681.00 |
| **10/18/2007** | | | | |
| ABN | ANALYZE CLAIMS AGAINST OWNERS REGARDING FRAUDULENT CONVEYANCE REGARDING POOL. | 245.00 | 0.30 | 73.50 |
| **11/07/2007** | | | | |
| LPB | PREPARE 2004 EXAMINATION APPLICATION KENT PRUETT FOR DOCUMENTS PERTAINING TO FUNDS HE INVESTED OR LOANED TO DEBTOR; POOL BUILT BY DEBTOR AT HIS RESIDENCE. | 195.00 | 0.70 | 136.50 |
| LPB | INTERNET RESEARCH REGARDING KENT PRUETT RESIDENCE; REFINANCE WAS IN MAY 2007 | 195.00 | 0.10 | 19.50 |
| **11/08/2007** | | | | |
| RC | PREPARATION OF ORDER AND CERTIFICATE OF MAILING TO BE FILED WITH APPLICATION FOR PRODUCTION OF DOCUMENTS FOR KENT PRUETT. | 80.00 | 0.50 | 40.00 |
| **12/06/2007** | | | | |
| LPB | PHONE CALL FROM CREDITOR REGARDING; POOLS BUILD FOR PRINCIPALS OF THE DEBTORS | 195.00 | 0.30 | 58.50 |
| **12/13/2007** | | | | |
| LPB | REVIEW PRUETT DOCUMENTS | 195.00 | 0.60 | 117.00 |
| **12/18/2007** | | | | |
| LPB | PREPARE FOR 2004 EXAMINATION OF MR. PRUETT; PREPARE EXHIBITS A-O | 195.00 | 1.00 | 195.00 |
| LPB | CONDUCT 2004 EXAMINATION OF MR. PRUETT; OUTLINE HISTORY OF HIS INVESTMENT IN THE DEBTOR, AND DEBTOR'S REPAYMENT OF FUNDS TO HIM THROUGH POOL CONSTRUCTION; TIMELINES, K-1S; HIS INVOLVEMENT IN COMPANY | 195.00 | 0.80 | 156.00 |
| LPB | PREPARE EXHIBITS FOR DELIVERY TO ATTORNEY OCONNOR | 195.00 | 0.30 | 58.50 |
| LPB | PREPARE EVALUATION OF CLAIMS AGAINST MR. PRUETT | 195.00 | 0.40 | 78.00 |
| LPB | PREPARE DEMAND ON MR. PRUETT | 195.00 | 0.20 | 39.00 |
| LPB | PREPARE INSTRUCTIONS REGARDING 2004 EXAMINATION OF RICK AND PAIGE TEMBY | 195.00 | 0.20 | 39.00 |
| ABN | ANALYZE CLAIM AGAINST SHAREHOLDER PRUIT REGARDING PAYMENT ON EQUITY. | 245.00 | 0.50 | 122.50 |
| ABN | REVIEW AND ANALYZE DEEPENING INSOLVENCY CLAIM AGAINST OFFICERS AND DIRECTORS. | 245.00 | 1.00 | 245.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| LPB | CONTINUE EVALUATION OF DEEPENING INSOLVENCY AND WHETHER FACTS ARISE TO SUPPORT CLAIMS AGAINST THE TEMBYS | 195.00 | 0.40 | 78.00 |
| RC | PREPARATION OF 2004 EXAMINATION AND ORDER FOR RICK AND PAIGE TEMBY. | 80.00 | 1.00 | 80.00 |

**12/21/2007**

| | | Rate | Hours | |
|---|---|---|---|---|
| RC | RECEIPT OF SIGNED 2004 EXAMINATION ORDER FOR RICK AND PAIGE TEMBY; PREPARATION OF SUBPOENA DUCES TECUM AND WITNESS AND MILEAGE FEE CHECK. | 80.00 | 0.40 | 32.00 |
| LPB | TELEPHONE CALL FROM CUSTOMER REGARDING: JIMMIE COLLECTED FROM HER AND TOLD HER TO PAY HIM PERSONALLY SO HIS BUSINESS PARTNER WOULD NOT GET IT; SHE BELIEVES HE AND DENNIS WERE COLLECTING RECEIVABLES PERSONALLY. | 195.00 | 0.30 | 58.50 |
| LPB | REVIEW DEBTOR DOCUMENTS TO DETERMINE IF WE HAVE BANK INFORMATION FOR JAMES AND DENNIS. | 195.00 | 0.20 | 39.00 |
| LPB | PREPARE APPLICATION FOR 2004 EXAMINATION TO BANK OF AMERICA REGARDING JIMMIE AND DENNIS PERSONAL BANK ACCOUNTS; REVIEW STATEMENT OF FINANCIAL AFFAIRS AND PAYCHEX INFORMATION TO DETERMINE CURRENT ADDRESS FOR JIMMIE AND DENNIS. | 195.00 | 0.50 | 97.50 |

**01/03/2008**

| | | Rate | Hours | |
|---|---|---|---|---|
| LPB | RICK TEMBY BRINGS IN DOCUMENTS; DISCUSS SAME WITH RICK TEMBY; | 195.00 | 0.30 | 58.50 |
| LPB | PREPARE INSTRUCTIONS REGARDING RICK TEMBY DOCUMENTS | 195.00 | 0.10 | 19.50 |
| LPB | REVIEW RICK TEMBY DOCUMENTS AND COMPARE TO COMPANY GENERAL LEDGER | 195.00 | 0.30 | 58.50 |
| LPB | FOLLOW UP REGARDING; IS O'CONNOR AUTHORIZED TO ACCEPT SERVICE ON KENT PRUETT? | 195.00 | 0.10 | 19.50 |

**01/04/2008**

| | | Rate | Hours | |
|---|---|---|---|---|
| LPB | FOLLOW UP WITH ATTORNEY O'CONNOR--DOES HE REPRESENT KENT PRUETT? PER E-MAIL, I CAN COPY HIM ON SERVICE; SECOND REQUEST--DOES HE REPRESENT KENT PRUETT? | 195.00 | 0.20 | 39.00 |

**01/15/2008**

| | | Rate | Hours | |
|---|---|---|---|---|
| LPB | BEGIN DRAFTING COMPLAINT AGAINST PRUETT | 195.00 | 0.80 | 156.00 |

**01/18/2008**

| | | Rate | Hours | |
|---|---|---|---|---|
| LPB | REVIEW DOCUMENTS; EVALUATE SAME WITH REGARDS TO TRUSTEE POTENTIAL STATUTORY CLAIMS AGAINST PRUETT, DENNIS TEMBY AND JAMES TEMBY; | 195.00 | 1.00 | 195.00 |
| LPB | PREPARE COMPLAINT--GENERAL FACTUAL ALLEGATIONS | 195.00 | 1.50 | 292.50 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

Page: 8
12/11/2009
Account No: 13022-046
Statement No: 26924

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| LPB | PREPARE EXHIBITS FOR COMPLAINT--GENERAL FACTUAL ALLEGATIONS | 195.00 | 0.40 | 78.00 |
| LPB | PREPARE REQUEST FOR RELIEF--COUNT I--PREFERENTIAL TRANSFER INSIDERS | 195.00 | 0.40 | 78.00 |
| LPB | PREPARE REQUEST FOR RELIEF--COUNT II--FRAUDULENT TRANSFER AS SUPPORTED BY FACTS IN THIS CASE | 195.00 | 0.40 | 78.00 |

**01/21/2008**

| ABN | REVIEW AND ANALYZE FILE REGARDING PREFERENCE, FRAUDULENT CONVEYANCE, BREACH OF FIDUCIARY CLAIM AND EQUITABLE SUBORDINATION CLAIM; REVIEW, REVISE AND EDIT COMPLAINT REGARDING SAME. | 245.00 | 1.00 | 245.00 |
|---|---|---|---|---|

**01/23/2008**

| LPB | REVIEW, REVISE AND EDIT COMPLAINT TO INCLUDE COUNTS FOR BREACH OF STATUTORY AND FIDUCIARY DUTIES; CLAIMS TO DISALLOW AND/OR SUBORDINATE CLAIMS UNDER 510 AND 502(D) | 195.00 | 1.00 | 195.00 |
|---|---|---|---|---|

**01/31/2008**

| LPB | PREPARE DEMAND LETTER TO KENT PRUETT | 195.00 | 0.40 | 78.00 |
|---|---|---|---|---|
| LPB | PREPARE DEMAND LETTER TO TEMBYS | 195.00 | 0.40 | 78.00 |

**02/01/2008**

| LPB | RETURN CALL TO MR. DUCHENE REGARDING A/R DEMAND | 195.00 | 0.20 | 39.00 |
|---|---|---|---|---|

**02/06/2008**

| LPB | REVIEW LETTER FROM BANK OF AMERICA | 195.00 | 0.10 | 19.50 |
|---|---|---|---|---|
| LPB | PREPARE LETTER TO BANK OF AMERICAN REGARDING SUBPOENA FOR TEMBYS | 195.00 | 0.30 | 58.50 |
| LPB | REVIEW LETTER FROM BANK OF AMERICAN REQUESTING INFORMATION ON DOCUMENT REQUEST | 195.00 | 0.10 | 19.50 |
| LPB | PREPARE DOCUMENTS AND RESPONSE TO BANK OF AMERICA | 195.00 | 0.30 | 58.50 |

**02/12/2008**

| LPB | REVIEW LETTER FROM BANK OF AMERICAN CONCERNING REFUSAL TO COMPLY WITH COURT ORDER; | 210.00 | 0.10 | 21.00 |
|---|---|---|---|---|
| LPB | TELEPHONE CALL TO BANK OF AMERICA CONCERNING COURT ORDER; | 210.00 | 0.20 | 42.00 |
| LPB | VERIFY RESPONSE FROM ANOTHER REPRESENTATIVE AT BANK OF AMERICA REGARDING SUBPOENA | 210.00 | 0.20 | 42.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

|  |  |  | Rate | Hours |  |
|---|---|---|---:|---:|---:|
| **02/21/2008** |  |  |  |  |  |
|  | LPB | TELEPHONE CALL FROM CITY OF PEORIA REGARDING UNFILED TPT RETURNS; I WILL NEED OK FROM DEBTOR'S COUNSEL OR A COURT ORDER TO RELEASE DOCUMENTS | 210.00 | 0.20 | 42.00 |
|  | LPB | REVIEW E-MAIL FROM ATTORNEY O'CONNOR AUTHORIZING RELEASE OF DOCUMENTS TO CITY OF PEORIA | 210.00 | 0.10 | 21.00 |
|  | LPB | CALL CITY OF PEORIA; PLEASE FACSIMILE TRANSFER REQUEST | 210.00 | 0.10 | 21.00 |
| **02/25/2008** |  |  |  |  |  |
|  | ABN | TELEPHONE CALL FROM ATTORNEY OCONNOR REGARDING $5,000 PRUITT;  REVIEW OFFER. | 245.00 | 0.40 | 98.00 |
| **02/26/2008** |  |  |  |  |  |
|  | RC | PREPARATION OF LETTER TO CITY OF PEORIA FORWARDING DOCUMENTS. | 80.00 | 0.20 | 16.00 |
|  | LPB | UPDATE TRUSTEE STATUS REPORT | 210.00 | 0.20 | 42.00 |
|  | ABN | CONFERENCE WITH TRUSTEE REGARDING STATUS OF 5K OFFER FROM PRUIT AND COUNTER AT 25K. | 245.00 | 0.20 | 49.00 |
| **02/29/2008** |  |  |  |  |  |
|  | LPB | REVIEW JAMES TEMBY BANK RECORDS; | 210.00 | 0.80 | 168.00 |
|  | LPB | COMPARE JAMES TEMBY BANK RECORDS AGAINST PAYROLL RECORDS | 210.00 | 1.30 | 273.00 |
|  | ABN | ATTENTION TO COUNTER OFFER. | 245.00 | 0.20 | 49.00 |
| **03/11/2008** |  |  |  |  |  |
|  | LPB | PREPARE SETTLEMENT PROPOSAL TO MR. PRUETT | 210.00 | 0.40 | 84.00 |
| **03/12/2008** |  |  |  |  |  |
|  | LPB | REVIEW, REVISE AND EDIT E-MAIL TO ATTORNEY O'CONNOR WITH COUNTER OFFER ON PRUETT SETTLEMENT | 210.00 | 0.20 | 42.00 |
| **03/24/2008** |  |  |  |  |  |
|  | LPB | FOLLOW UP REGARDING CLAIMS AGAINST DENNIS AND JOYCE TEMBY; JAMES TEMBY; KENT PRUETT; IS DEAN O'CONNOR AUTHORIZED TO ACCEPT SERVICE? | 210.00 | 0.20 | 42.00 |
| **03/25/2008** |  |  |  |  |  |
|  | LPB | NO WORD FROM ATTORNEY O'CONNOR | 210.00 | 0.10 | 21.00 |
|  | LPB | REVIEW, REVISE AND EDIT COMPLAINT AND PREPARE FOR FILING | 210.00 | 0.30 | 63.00 |
| **03/27/2008** |  |  |  |  |  |
|  | LPB | FOLLOW UP--CLAIMS AGAINST PRUETT AND TEMBYS | 210.00 | 0.20 | 42.00 |

Page: 10
12/11/2009
BRIAN MULLEN
Account No:       13022-046
Statement No:        26924

SWEETWATER POOLS & SPA, LLC

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **03/31/2008** | | | | |
| ABN | REVIEW AND FILE COMPLAINT; ATTENTION TO SERVICE OF THE SAME. | 265.00 | 0.30 | 79.50 |
| **04/01/2008** | | | | |
| SMR | FINAL ON COMPLAINT; SCAN IN EXHIBITS; PREPARATION OF NOTICE OF INSUFFICIENT FUNDS TO PAY FILING FEE; ELECTRONICALLY FILE WITH THE COURT. | 120.00 | 0.40 | 48.00 |
| **04/30/2008** | | | | |
| ABN | TELEPHONE CALL FROM ATTORNEY FOR TRIMBLE REGARDING EXTENSION. | 265.00 | 0.20 | 53.00 |
| LPB | RESPOND TO INQUIRY REGARDING STIPULATION ON PRUETT ANSWER; OK TO SIGN AND FILE | 210.00 | 0.20 | 42.00 |
| ABN | REVIEW CORRESPONDENCE FROM ATTORNEY CHARLES REGARDING REPRESENTING DEFENDANTS. | 265.00 | 0.20 | 53.00 |
| **06/02/2008** | | | | |
| LPB | REVIEW PLEADINGS PREPARE FOR STATUS HEARING June 3 | 210.00 | 0.40 | 84.00 |
| **06/03/2008** | | | | |
| LPB | PREPARE FOR HEARING ON ADVERSARY | 210.00 | 0.20 | 42.00 |
| LPB | TRAVEL TO COURT | 210.00 | 0.50 | 105.00 |
| LPB | ATTEND COURT HEARING; NO OTHER APPEARANCES | 210.00 | 0.40 | 84.00 |
| LPB | TRAVEL TO OFFICE | 210.00 | 0.50 | 105.00 |
| LPB | PREPARE ORDER SETTING HEARING | 210.00 | 0.40 | 84.00 |
| LPB | LODGE ORDER; PREPARE INSTRUCTIONS REGARDING SAME | 210.00 | 0.10 | 21.00 |
| TT | PREPARATION OF CERTIFICATE OF SERVICE, FILE WITH COURT AND MAILING. | 90.00 | 0.15 | 13.50 |
| **06/04/2008** | | | | |
| ABN | REVIEW AND ANALYZE MINUTE ENTRY. | 265.00 | 0.20 | 53.00 |
| **06/05/2008** | | | | |
| TT | PREPARATION OF NOTICE OF HEARING AND CERTIFICATE OF SERVICE; FILE WITH COURT AND DO MAILING. | 90.00 | 0.20 | 18.00 |
| **06/11/2008** | | | | |
| LPB | TELEPHONE CALL TO ATTORNEY PORTER REGARDING TRANSCRIPT--I CAN SEND MP3 FILE | 210.00 | 0.20 | 42.00 |
| LPB | LISTEN TO TRANSCRIPT REGARDING PRUETT | 210.00 | 0.50 | 105.00 |
| LPB | PREPARE E-MAIL WITH EXHIBITS TO ATTORNEY PORTER | 210.00 | 0.20 | 42.00 |

BRIAN MULLEN

Page: 11
12/11/2009

Account No: 13022-046
Statement No: 26924

SWEETWATER POOLS & SPA, LLC

|  |  | Rate | Hours |  |
|---|---|---|---|---|
| **07/07/2008** | | | | |
| LPB | TRAVEL TO COURT FOR HEARING ON ADVERSARY | 210.00 | 0.50 | 105.00 |
| LPB | APPEAR AT STATUS HEARING ON ADVERSARY; MAKE APPEARANCE; COURT ORDERS DEADLINES | 210.00 | 0.40 | 84.00 |
| LPB | DISCUSS CASE WITH ATTORNEY CHARLES | 210.00 | 0.20 | 42.00 |
| LPB | TRAVEL TO OFFICE | 210.00 | 0.50 | 105.00 |
| LPB | FOLLOW UP ON DISCOVERY AND INFORMATION TRUSTEE HAS AND DISCLOSURE OF SAME; PREPARE E-MAIL TO COUNSEL FOR DEFENDANTS TEMBY AND DEFENDANT PRUETT | 210.00 | 0.30 | 63.00 |
| LPB | PREPARE ANALYSIS REGARDING STATUS | 210.00 | 0.10 | 21.00 |
| **07/08/2008** | | | | |
| ABN | MEMORANDUM TO TRUSTEE REGARDING STATUS AND CLAIMS BAR DATE; REVIEW AND RESPOND TO E-MAIL REGARDING SAME. | 265.00 | 0.20 | 53.00 |
| **07/17/2008** | | | | |
| ABN | CONFERENCE WITH TRUSTEE REGARDING STATUS. | 265.00 | 0.20 | 53.00 |
| **07/18/2008** | | | | |
| LPB | TRANSMIT MP3 FILE TO ATTORNEY CHARLES | 210.00 | 0.10 | 21.00 |
| **08/13/2008** | | | | |
| LPB | NOTE IRS PROOF OF CLAIM FOR $2660 | 210.00 | 0.10 | 21.00 |
| ABN | REVIEW AND ANALYZE 2,000 OFFER. | 265.00 | 0.20 | 53.00 |
| **08/20/2008** | | | | |
| LPB | follow up on claims | 210.00 | 0.30 | 63.00 |
| LPB | EVALUATE STATUS AND OPTIONS | 210.00 | 0.20 | 42.00 |
| **08/21/2008** | | | | |
| ABN | ANALYZE SETTLEMENT WITH PRUIT AND TEMBYS. | 265.00 | 0.50 | 132.50 |
| **08/27/2008** | | | | |
| LPB | BEGIN PREPARATION OF RULE 26.1 DISCLOSURE | 210.00 | 1.50 | 315.00 |
| LPB | PRELIMINARY PREFERNCE ANALYSIS | 210.00 | 0.40 | 84.00 |
| LPB | REVIEW PORTER DISCLOSURE | 210.00 | 0.20 | 42.00 |
| **08/28/2008** | | | | |
| RC | PREPARATION OF ORDER GRANTING APPLICATION FOR PRODUCTION OF DOCUMENTS; FILE SAME WITH COURT. | 80.00 | 0.40 | 32.00 |
| LPB | FOLLOW UP ANALYSIS--ADOR AND PREFERENCE PAYMENTS | 210.00 | 0.20 | 42.00 |
| RC | RECEIPT OF SIGNED 2004 ORDER REGARDING BANK OF AMERICA; PREPARATION OF SUBPOENA DUCES TECUM AND LETTER FORWARDING SAME. | 80.00 | 0.40 | 32.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| **08/29/2008** | | | | |
| LPB | TELEPHONE CALL TO ATTORNEY HALL REGARDING PREFERENCE PAYMENTS TO ADOR | 210.00 | 0.20 | 42.00 |
| **09/02/2008** | | | | |
| LPB | PREPARE E-MAIL TO ATTORNEY HALL AT OFFICE OF THE ATTORNEY GENERAL REGARDING SWEETWATER ; ADOR CLAIM AND PREFERENCE SALES TAX PAYMENTS. | 210.00 | 0.30 | 63.00 |
| **09/17/2008** | | | | |
| LPB | PREPARE FOR HEARING | 210.00 | 0.30 | 63.00 |
| **09/18/2008** | | | | |
| LPB | TRAVEL TO COURT | 210.00 | 0.50 | 105.00 |
| LPB | ATTEND PRETRIAL HEARING | 210.00 | 0.50 | 105.00 |
| LPB | TRAVEL TO OFFICE | 210.00 | 0.50 | 105.00 |
| **10/03/2008** | | | | |
| RC | TELEPHONE CALL TO BANK OF AMERICA REGARDING STATUS OF SUBPOANED DOCUMENTS. | 80.00 | 0.20 | 16.00 |
| LPB | NOTE RESPONSE REGARDING: FOLLOW UP ON BANK STATEMENTS | 210.00 | 0.20 | 42.00 |
| **10/12/2008** | | | | |
| LPB | TELEPHONE CALL FROM ATTORNEY PORTER REGARDING DOCMENTS | 210.00 | 0.10 | 21.00 |
| LPB | FORWARD DOCUMENTS TO ATTORNEY PORTER | 210.00 | 0.20 | 42.00 |
| **10/16/2008** | | | | |
| LPB | TELEPHONE CALL TO ATTORNEY PORTER; LEAVE DETAILED MESSAGE PLEASE CALL | 210.00 | 0.10 | 21.00 |
| LPB | TELEPHONE CALL TO ATTORNEY CHARLES; LEAVE DETAILED MESSAGE PLEASE CALL | 210.00 | 0.10 | 21.00 |
| **10/21/2008** | | | | |
| LPB | REVIEW BANK STATEMENTS PRODUCED BY BANK OF AMERICA; TRACE TRANSFERS AND CHECKS AGAINST CHECKING LEDGER | 210.00 | 1.00 | 210.00 |
| LPB | PREPARE ANALYSIS AND RELAY TERMS OF TEMBY OFFER | 210.00 | 0.30 | 63.00 |
| **10/22/2008** | | | | |
| LPB | PREPARE COUNTER OFFER LETTER TO ATTORNEY CHARLES; | 210.00 | 0.40 | 84.00 |
| LPB | TELEPHONE CALL TO ATTORNEY PORTER REGARDING STATUS OF SETTLEMENT DISCUSSIONS | 210.00 | 0.20 | 42.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| **10/23/2008** | | | | | |
| | LPB | REVIEW SETTLEMENT OFFER FROM ATTORNEY CHARLES | 210.00 | 0.20 | 42.00 |
| | LPB | DISCUSS SETTLEMENT OFFER FOR APPROVAL | 210.00 | 0.30 | 63.00 |
| | LPB | TELEPHONE CALL TO ATTORNEY CHARLES; LEAVE DETAILED MESSAGE PLEASE CALL | 210.00 | 0.20 | 42.00 |
| | ABN | TELEPHONE CONFERENCE WITH TRUSTEE REGARDING SETTLEMENT OFFER. | 265.00 | 0.30 | 79.50 |
| | LPB | BEGIN DRAFTING SETTLEMENT AGREEMENT | 210.00 | 0.30 | 63.00 |
| **10/24/2008** | | | | | |
| | LPB | DRAFT JOINT PRETRIAL STATEMENT | 210.00 | 1.50 | 315.00 |
| | LPB | PREPARE JOINT PRE-TRIAL STATEMENT FOR REVIEW BY COUNSEL FOR TEMBYS, PRUETT, | 210.00 | 1.60 | 336.00 |
| | LPB | TELEPHONE CALL TO ATTORNEY CHARLES REGARDING PROPOSED SETTLMENT WITH TEMBYS | 210.00 | 0.30 | 63.00 |
| **11/10/2008** | | | | | |
| | LPB | REVIEW PRUETT CHANGES TO JOINT PRETRIAL STATEMENT | 210.00 | 0.30 | 63.00 |
| | LPB | TELEPHONE CALL TO ATTORNEY CHARLES REGARDING JOINT PRETRIAL | 210.00 | 0.20 | 42.00 |
| | LPB | PREPARE JOINT PRETRIAL FOR FILING | 210.00 | 0.20 | 42.00 |
| **11/11/2008** | | | | | |
| | LPB | E-MAIL FROM ATTORNEY PORTER REGARDING $46K FIGURE | 210.00 | 0.10 | 21.00 |
| | LPB | LISTEN TO 2004 EXAMINATION TESTIMONY OF MR. PRUETT; TRIAL PRE | 210.00 | 0.50 | 105.00 |
| | LPB | PREPARE RESPONSE TO BOB PORTER | 210.00 | 0.20 | 42.00 |
| **11/17/2008** | | | | | |
| | LPB | PREPARE FOR PRE-TRIAL HEARING | 210.00 | 0.30 | 63.00 |
| | LPB | TRAVEL TO COURT | 210.00 | 0.50 | 105.00 |
| | LPB | ATTEND HEARING; REQUEST TRIAL SETTING | 210.00 | 0.50 | 105.00 |
| | LPB | TRAVEL TO OFFICE | 210.00 | 0.50 | 105.00 |
| **12/10/2008** | | | | | |
| | LPB | TELEPHONE CALL FROM ATTORNEY CHARLES REGARDING TRANSCRIPT | 210.00 | 0.20 | 42.00 |
| | LPB | REVIEW OPTIONS REGARDING TRANSCRIPT | 210.00 | 0.20 | 42.00 |
| | LPB | RESPOND TO INQUIRIES FROM ATTORNEY CHARLES OFFICE REGARDING TRANSCRIPTS | 210.00 | 0.20 | 42.00 |
| | LPB | ARRANGE FOR TRANSCRIPTION OF KENT PRUETT DEPOSITION TESTIMONY | 210.00 | 0.30 | 63.00 |
| **12/11/2008** | | | | | |
| | LPB | PREPARE INSTRUCTIONS REGARDING DOWNLOAD OF DENNIS TEMBY 2004 EXAMINATION AND MAKE ARRANGEMENTS FOR PICK UP OF CD | 210.00 | 0.30 | 63.00 |

BRIAN MULLEN

Page: 14
12/11/2009

Account No:    13022-046
Statement No:    26924

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| LPB | BEGIN PREPARING DOCUMENTS FOR TRIAL--DOCKET, JOINT PRETRIAL, | 210.00 | 0.30 | 63.00 |
| LPB | BEGIN PREPARING EXHIBITS FOR TRIAL | 210.00 | 2.00 | 420.00 |
| **12/12/2008** | | | | |
| LPB | FOLLOW UP ON TRANSCRIPT OF PRUETT | 210.00 | | 0.00 |
| **12/15/2008** | | | | |
| LPB | PREPARE FOR TRIAL; PREPARE EXHIBITS; TESTIMONY; INSTRUCTIONS REGARDING TRIAL BOOKS | 210.00 | 5.00 | 1,050.00 |
| LPB | TRAVEL TO COURT | 210.00 | 0.30 | 63.00 |
| LPB | MULLEN-SWEETWATER TRIAL AGAINST DEFENDANTS TEMBY AND PRUETT | 210.00 | 2.50 | 525.00 |
| LPB | TRAVEL TO OFFICE | 210.00 | 0.30 | 63.00 |
| LPB | TRAVEL TO OFFICE | 210.00 | 0.30 | 63.00 |
| **12/18/2008** | | | | |
| LPB | ATTEND TO RESCHEDULING OF CONTINUE TRIAL DATE | 210.00 | 0.20 | 42.00 |
| **12/29/2008** | | | | |
| LPB | FINALIZE OBJECTION TO JOSH JOHNSON MOTION FOR RELIEF | 210.00 | 0.20 | 42.00 |
| **02/09/2009** | | | | |
| LPB | TELEPHONE CALL TO MIKELYN TEMPEL; TELEPHONE IS DISCONNECTED; SEARCH COUNTY RECORDER; COUNTY ASSESSOR, BANKRUPTCY DOCKET, SUPERIOR COURT DOCKET, INTERNET WHITE PAGES GOOGLE TO LOCATE MS. TEMPEL | 240.00 | 0.80 | 192.00 |
| LPB | CONFIRM TRIAL INFORMATION ON COURT CALENDAR, TELEPHONE CALL TO JAN IN GBN COURT REGARDING CONFIRMING THAT DOCUMENTS WILL BE AVAILABLE FOR CONTINUED TRIAL | 240.00 | 0.30 | 72.00 |
| **02/10/2009** | | | | |
| LPB | PREPARE FOR CONTINUED TRIAL AGAINST TEMBYS AND PRUITT | 240.00 | 2.00 | 480.00 |
| LPB | TRAVEL TO COURT FOR TRIAL | 240.00 | 0.50 | 120.00 |
| LPB | PRESENT EVIDENCE; DIRECT EXAMINATION OF DENNIS TEMBY | 240.00 | 2.00 | 480.00 |
| LPB | RETURN TO OFFICE | 240.00 | 0.50 | 120.00 |
| ABN | TELEPHONE CONFERENCE WITH TRUSTEE REGARDING STATUS OF TRIAL. | 285.00 | 0.20 | 57.00 |
| **02/11/2009** | | | | |
| LPB | TELEPHONE CALL TO ATTORNEY PORTER REGARDING SETTLEMENT OPTIONS | 240.00 | 0.20 | 48.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| **02/27/2009** | | | | |
| LPB | TELEPHONE CALL TO BOB PORTER; HE HAS INFORMATION REGARDING EXHIBIT | 240.00 | 0.20 | 48.00 |
| **04/09/2009** | | | | |
| LPB | REVIEW BABCOCK MOTION FOR RELIEF | 240.00 | 0.10 | 24.00 |
| LPB | PREPARE RESPONSE TO BABCOCK MOTION FOR RELIEF | 240.00 | 0.20 | 48.00 |
| **05/11/2009** | | | | |
| LPB | TELEPHONE CALL FROM ATTORNEY PORTER REGARDING CONTINUANCE; HE HAS ANOTHER WITNESS; I'M NOT THRILLED ABOUT CONTINUANCE BUT OK; CANNOT CONSENT TO UNDISCLOSED WITNESS | 240.00 | 0.30 | 72.00 |
| **05/28/2009** | | | | |
| LPB | NOTE ENTRY OF ORDER CONTINUING TRIAL; DOCKET CONTINUED TRIAL DATE | 240.00 | 0.20 | 48.00 |
| **07/28/2009** | | | | |
| LPB | INQUIRY TO ATTORNEY PORTER REGARDING PRUETT -- ANY NEWS REGARDING POTENTIAL SETTLEMENT? | 240.00 | 0.10 | 24.00 |
| **07/31/2009** | | | | |
| LPB | PREPARE FOR CONTINUED TRIAL AGAINST TEMBYS AND KENT PRUETT | 240.00 | 0.70 | 168.00 |
| LPB | TRAVEL TO COURT FOR CONTINUED TRIAL - TEMBYS AND PRUETT | 240.00 | 0.50 | 120.00 |
| LPB | ATTEND CONCLUDING EVIDENCE - TRIAL - MULLEN V. TEMBYS AND PRUETT; EVIDENCE CLOSES; BRIEFING SCHEDULE | 240.00 | 1.50 | 360.00 |
| LPB | TRAVEL TO OFFICE | 240.00 | 0.50 | 120.00 |
| LPB | BEGIN DRAFTING CLOSING BRIEF | 240.00 | 1.00 | 240.00 |
| **08/04/2009** | | | | |
| LPB | BEGIN DRAFTING TRIAL MEMORANDUM | 240.00 | 1.20 | 288.00 |
| **08/21/2009** | | | | |
| LPB | FINALIZE RECITATION OF FACTS IN POST-TRIAL BRIEF | 240.00 | 0.80 | 192.00 |
| LPB | PREPARE LEGAL ARGUMENT - POST-TRIAL MEMORANDUM | 240.00 | 1.50 | 360.00 |
| LPB | REVIEW & EDIT POST-TRIAL MEMORANDUM ; CLARIFY AMOUNTS REQUESTED AND BASIS FOR AMOUNTS | 240.00 | 0.80 | 192.00 |
| LPB | LEGAL RESEARCH - BREACH OF FIDUCIARY DUTY | 240.00 | 0.70 | 168.00 |
| LPB | LEGAL ARGUMENT REGARDING BREACH OF FIDUCIARY DUTY | 240.00 | 0.40 | 96.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| **09/09/2009** | | | | | |
| | LPB | REVIEW CALENDAR FOR September 10; NO ORAL ARGUMENT ON GBN CALENDAR; REVIEW MINUTE ENTRY; NOTE SCHEDULING SNAFU | 240.00 | 0.20 | 48.00 |
| | LPB | E-MAIL COURTROOM DEPUTY REGARDING SNAFU; PER JAN h. AND RACHAEL S. NOT ON PUBLIC CALENDAR BUT WILL BE HEARD September 10 | 240.00 | 0.30 | 72.00 |
| | LPB | CONFIRM HEARING TIME WITH ATTORNEY PORTER AND ATTORNEY CHARLES VIA E-MAIL | 240.00 | 0.20 | 48.00 |
| **09/10/2009** | | | | | |
| | LPB | TRAVEL TO COURT FOR CLOSING ARGUMENTS | 240.00 | 0.50 | 120.00 |
| | LPB | ATTEND HEARING ON CLOSING ARGUMENTS; COURT RULES FROM THE BENCH AND MAKES COURT RECORD; | 240.00 | 1.30 | 312.00 |
| | LPB | RETURN TO OFFICE | 240.00 | 0.50 | 120.00 |
| | LPB | PREPARE JUDGMENT IN ACCORDANCE WITH COURT RULING | 240.00 | 0.70 | 168.00 |
| | ABN | TELEPHONE CONFERENCE WITH TRUSTEE REGARDING JUDGMENT. | 285.00 | 0.20 | 57.00 |
| **09/11/2009** | | | | | |
| | LPB | PREPARE ORDER GRANTING JUDGMENT IN ACCORDANCE WITH FINDINGS AND ORDERS BY THE COURT | 240.00 | 0.60 | 144.00 |
| | LPB | REVIEW, REVISE AND EDIT JUDGMENT TO CLARIFY AMOUNT BEING ENTERED. | 240.00 | 0.40 | 96.00 |
| | LPB | PREPARE INSTRUCTIONS REGARDING NOTICE OF LODGING; | 240.00 | 0.30 | 72.00 |
| | CK | REVIEW CASE DOCUMENTS; FINALIZE NOTICE OF LODGING OF PROPOSED FORM OF ORDER AND JUDGMENT; FILE NOTICE; UPDATE CASE FILE; SERVE PROPOSED FORM OF ORDER AND JUDGMENT TO PARTIES. | 90.00 | 0.60 | 54.00 |
| **09/17/2009** | | | | | |
| | LPB | REVIEW ORDER AND JUDGMENT | 240.00 | 0.10 | 24.00 |
| | LPB | PREPARE INSTRUCTIONS TO ASSISTANT REGARDING DEMAND | 240.00 | 0.20 | 48.00 |
| **09/23/2009** | | | | | |
| | LPB | REVIEW PUBLIC RECORDS FOR CURRENT ADDRESSES FOR DENNIS AND JOYCE TEMBY; JAMES TEMBY; KENT PRUETT | 240.00 | 0.40 | 96.00 |
| | LPB | REVIEW, REVISE AND EDIT DEMAND FOR PAYMENT OF JUDGMENT AMOUNT | 240.00 | 0.30 | 72.00 |
| | LPB | PREPARE INSTRUCTIONS TO ASSISTANT | 240.00 | 0.20 | 48.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| **09/24/2009** | | | | | |
| | CK | REVIEW CASE DOCUMENTS; PERFORM MVD SEARCH FOR DATES OF BIRTH ON EACH JUDGMENT DEBTOR; PREPARE JUDGMENT CREDITOR INFORMATION SHEET; PREPARE RECORDER'S COVERSHEET; PREPARE D.L. INVESTIGATIONS RUN SLIP WITH INSTRUCTIONS; FORWARD TO ATTORNEY BANEN FOR REVIEW. | 90.00 | 0.90 | 81.00 |
| | LPB | REVIEW, REVISE AND EDIT JUDGMENT CREDITOR INFORMATION SHEET | 240.00 | 0.20 | 48.00 |
| **10/01/2009** | | | | | |
| | LPB | PREPARE RESPONSE IN OPPOSITION TO MOTION FOR NEW TRIAL | 240.00 | 1.50 | 360.00 |
| **10/05/2009** | | | | | |
| | LPB | | 240.00 | | 0.00 |
| **10/07/2009** | | | | | |
| | LPB | FOLLOW UP ON ENFORCEMENT OF JUDGMENT | 240.00 | 0.20 | 48.00 |
| **10/09/2009** | | | | | |
| | LPB | DOCKET FOLLOW UP REGARDING ENFORCEMENT | 240.00 | 0.10 | 24.00 |
| | LPB | REVIEW, REVISE AND EDIT DEMAND LETTER TO JUDGMENT DEFENDANTS | 240.00 | 0.20 | 48.00 |
| **10/13/2009** | | | | | |
| | CK | UPDATE DEMAND LETTER TO OPPOSING COUNSEL; REVIEW CASE DOCUMENTS AND PREPARE SERVE ALL INTERESTED PARTIES. | 90.00 | 0.50 | 45.00 |
| **10/20/2009** | | | | | |
| | CK | REVIEW CASE DOCUMENTS REGARDING ACCOUNTS; E-MAIL TO ATTORNEY BANEN. | 90.00 | 0.10 | 9.00 |
| | CK | RESEARCH JUDGMENT DEBTORS REGARDING POSSIBLE ASSETS. | 90.00 | 1.10 | 99.00 |
| | CK | CONFERENCE WITH ATTORNEY BANEN REGARDING GARNISHMENT AND INVESTIGATION; PREPARE WRIT OF GARNISHMENT DOCUMENTS. | 90.00 | 1.30 | 117.00 |
| **10/21/2009** | | | | | |
| | CK | CONTINUE DRAFTING OF WRIT DOCUMENTS FOR BANK OF AMERICA, WELLS FARGO AND JP MORGAN; PRINT AND PROVIDE FOR REVIEW BY ATTORNEY BANEN. | 90.00 | 0.90 | 81.00 |
| | CK | FINALIZE APPLICATIONS; FILE EACH APPLICATION; ISSUE SEARCH CHECKS; PREPARE INSTRUCTIONS TO D.L. INVESTIGATIONS FOR OBTAINING ISSUED WRITS AND PROVIDE CONFORMANCE COPIES AND COPIES OF FILED APPLICATIONS; SEND TO COURT. | 90.00 | 0.80 | 72.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | Rate | Hours | |
|---|---|---|---|---|
| **10/23/2009** | | | | |
| CK | PREPARE ISSUED WRITS TO SERVE ON EACH GARNISHEE; SERVE VIA CERTIFIED MAIL. | 90.00 | 1.10 | 99.00 |
| **10/27/2009** | | | | |
| CK | REVIEW CASE DOCUMENTS; PREPARE CERTIFICATES OF SERVICE FOR THREE GARNISHEES; CONVERT DOCUMENTS; FILE EACH CERTIFICATE; UPDATE CASE FILE. | 90.00 | 0.90 | 81.00 |
| **10/28/2009** | | | | |
| LPB | TELEPHONE CALL FROM BANK OF AMERICA REGARDING THEY NEED SOC SEC NUMBERS | 240.00 | 0.20 | 48.00 |
| LPB | TELEPHONE CALL TO BANK OF AMERICA REGARDING SOCIAL SECURITY NUMBERS | 240.00 | 0.10 | 24.00 |
| **11/06/2009** | | | | |
| LPB | PREPARE STATUS MEMORANDUM IN LIGHT OF RESULTS OF GARNISHMENT - WELLS FARGO ACCOUNT | 240.00 | 1.00 | 240.00 |
| CK | REVIEW CASE HISTORY AND DOCUMENTS; REVIEW BANKRUPTCY DOCKET; PREPARE COVER LETTER TO ACCOMPANY JUDGMENT AGAINST GARNISHEE; PREPARE APPLICATION FOR JUDGMENT AGAINST GARNISHEE; PREPARE JUDGMENT AGAINST GARNISHEE; FORWARD TO ATTORNEY BANEN FOR REVIEW; DOCKET DEBTORS' OBJECTION DUE DATE. | 90.00 | 1.50 | 135.00 |
| LPB | EVALUATE OPTIONS WITH REGARDS TO CASH SETTLEMENT OFFER IF ONE IS MADE; | 240.00 | 0.40 | 96.00 |
| **11/16/2009** | | | | |
| CK | FINALIZE JUDGMENT, APPLICATION FOR JUDGMENT AND COVER LETTER FOR APPROVAL BY ATTORNEY BANEN. | 90.00 | 0.40 | 36.00 |
| **11/30/2009** | | | | |
| CK | REVIEW CASE FILE; REVIEW BANKRUPTCY DOCKET REGARDING ISSUANCE OF JUDGMENT AGAINST GARNISHEE. | 90.00 | 0.10 | 9.00 |
| **12/01/2009** | | | | |
| CK | RECEIVE AND REVIEW SIGNED JUDGMENT AGAINST GARNISHEE; UPDATE COVERLETTER AND PREPARE FACSIMILE; FORWARD TO ATTORNEY BANEN FOR SIGNATURE; SERVE DOCUMENTS ON WELLS FARGO. | 90.00 | 0.40 | 36.00 |
| CK | TRANSMIT COVER LETTER AND ATTACHMENTS VIA FACSIMILE AND FIRST CLASS MAIL. | 90.00 | 0.30 | 27.00 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| | | | Rate | Hours | |
|---|---|---|---|---|---|

**12/07/2009**

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| LPB | NOTE RECEIPT OF GARNISHMENT FUNDS FROM | | | | |
| | WELLS FARGO | | 240.00 | 0.20 | 48.00 |
| LPB | PROCESS WELLS FARGO CHECK | | 240.00 | 0.10 | 24.00 |
| | ADVERSARY | | | 100.85 | 20,279.50 |
| | For Current Services Rendered | | | 128.75 | 25,513.50 |

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| ADAM B. NACH | 10.90 | $245.00 | $2,670.50 |
| ADAM B. NACH | 2.70 | 265.00 | 715.50 |
| ADAM B. NACH | 1.90 | 285.00 | 541.50 |
| ROGENE CLARK | 5.60 | 80.00 | 448.00 |
| SHEILA M. ROCHIN | 1.90 | 120.00 | 228.00 |
| LISA P. BANEN | 25.30 | 195.00 | 4,933.50 |
| LISA P. BANEN | 38.30 | 210.00 | 8,043.00 |
| LISA P. BANEN | 27.60 | 240.00 | 6,624.00 |
| JANET HONE | 3.30 | 90.00 | 297.00 |
| TERIE TURNER | 0.35 | 90.00 | 31.50 |
| CORLISS KITCHENS | 10.90 | 90.00 | 981.00 |

## Expenses

| 09/18/2007 | COPIES @ $.25 EACH | 0.50 |
|---|---|---|
| 09/18/2007 | COPIES @ $.25 EACH | 6.75 |
| 09/18/2007 | COPIES @ $.25 EACH | 45.25 |
| 11/28/2007 | COPIES @ $.25 EACH | 3.00 |
| 11/28/2007 | COPIES @ $.25 EACH | 2.25 |
| 12/14/2007 | COPIES @ $.25 EACH | 4.00 |
| 12/14/2007 | COPIES @ $.25 EACH | 9.00 |
| 12/21/2007 | WITNESS/MILEAGE FEE; RICK & PAIGE TEMBY | 51.00 |
| 12/27/2007 | COPIES @ $.25 EACH | 15.50 |
| 12/27/2007 | COPIES @ $.25 EACH | 3.75 |
| 12/27/2007 | COPIES @ $.25 EACH | 30.50 |
| 12/27/2007 | COPIES @ $.25 EACH | 11.00 |
| 12/29/2007 | COPIES @ $.25 EACH | 2.50 |
| 02/06/2008 | COPIES @ $.25 EACH | 4.00 |
| 02/07/2008 | BANK OF AMERICA | 72.00 |
| 04/29/2008 | COPIES @ $.25 EACH | 11.25 |
| 04/29/2008 | COPIES @ $.25 EACH | 70.50 |
| 04/29/2008 | POSTAGE @ $2.16 | 10.80 |
| 06/30/2008 | COPIES @ $.25 EACH | 7.50 |
| 06/30/2008 | COPIES @ $.25 EACH | 14.00 |
| 08/29/2008 | PRODUCTION OF DOCUMENTS; BANK OF AMERICA | 40.00 |
| 08/29/2008 | COPIES @ $.25 EACH | 3.00 |
| 08/29/2008 | COPIES @ $.25 EACH | 2.75 |
| 10/15/2008 | DOCUMENT PRODUCTION FEE; BANK OF AMERICA | 33.27 |

BRIAN MULLEN

SWEETWATER POOLS & SPA, LLC

| Date | Description | Amount |
|---|---|---|
| 12/11/2008 | DEPOSITION OF M. PRUETT; OTTMAR HOLIDAY & ASSOCIATES | 371.00 |
| 12/15/2008 | EXHIBITS FOR TRIAL; STAPLES; REIMBURSE LISA BANEN | 38.70 |
| 12/19/2008 | COPIES @ $.25 EACH | 39.00 |
| 12/19/2008 | COPIES @ $.25 EACH | 41.00 |
| 12/19/2008 | COPIES @ $.25 EACH | 280.00 |
| 09/24/2009 | D.L. INVESTIGATIONS ; RECORDING FEE ; MULLEN/SWEETWATER POOLS | 10.00 |
| 10/01/2009 | POSTAGE @ $.61 | 1.22 |
| 10/07/2009 | D.L. INVESTIGATIONS ; DELIVERY/ORDER ; MULLEN/SWEETWATER POOLS | 28.95 |
| 10/14/2009 | POSTAGE @ $.61 | 3.66 |
| 10/20/2009 | COPIES @ $.25 EACH | 3.00 |
| 10/20/2009 | POSTAGE @ $7.34 | 22.02 |
| 10/21/2009 | JPMORGAN CHASE BANK N.A. ; SEARCH FEE ; MULLEN/SWEETWATER POOLS | 25.00 |
| 10/21/2009 | WELLS FARGO ; SEARCH FEE ; MULLEN/SWEETWATER POOLS | 25.00 |
| 10/23/2009 | BANK OF AMERICA ; SEARCH FEE ; MULLEN/SWEETWATER POOLS | 25.00 |
| 10/27/2009 | COPIES @ $.25 EACH | 0.50 |
| 11/24/2009 | COPIES @ $.25 EACH | 8.00 |
| 12/07/2009 | PACER FEE | 38.50 |
| 12/07/2009 | POSTAGE,COPIES,PROCESSING. | 66.00 |
| 12/23/2009 | POSTAGE @ $.61 | 2.44 |

Total Expenses    1,483.06

Total Current Work    26,996.56

**Balance Due**    $26,996.56