**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Attorneys for Brian J. Mullen, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| SWEETWATER POOLS & SPA, LLC | No. 2-07-bk-03893-GBN |
| Debtor. | **CERTIFICATE OF NO OBJECTION** |

Adam B. Nach, as counsel for Brian J. Mullen, Trustee, declares as follows:

1. That he is an attorney with the Law Firm of Lane & Nach, P.C., counsel for Trustee in this bankruptcy proceeding and has personal knowledge of the facts stated herein.

2. As reflected in the Certificate of Mailing on file with the Court, a Notice of Application for Payment of Attorneys' Fees and Costs was mailed to all creditors and parties-in-interest listed on the most current and updated Master Mailing List on December 21, 2009.

3. In accordance with the Notice, any objections were to have been filed no later than 21 days from the date of the mailing.

4. As of that date, no objections were received in the office of the attorneys for Trustee. A review of the electronic docket confirms that no timely objections have been filed.

5. Therefore, it is respectfully requested that this Court approve the Order uploaded concurrently with this Certificate, without the need for further hearing.

Lane & Nach, P.C.
2025 North Third St., Suite 157
Phoenix, AZ 86004

RESPECTFULLY SUBMITTED this 14th day of January, 2010.

**LANE & NACH, P.C.**

By /s/ Adam B. Nach
    Adam B. Nach
    Attorneys for Trustee