**LANE & NACH, P.C.**
2025 North Third Street, Suite 157
Phoenix, AZ 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach - 013622
Email: adam.nach@lane-nach.com

Attorneys for Brian J. Mullen, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| SWEETWATER POOLS & SPA, LLC | No. 2-07-bk-03893-GBN |
| Debtor. | **ORDER RE APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS** |

This matter having come on for consideration upon the Application for Payment of Attorneys' Fees and Costs filed by Lane & Nach, P.C., for services rendered in representing Brian J. Mullen, Trustee, and after notice and opportunity for objection and no objections having been filed and good cause appearing therefor;

IT IS HEREBY ORDERED approving the Application and authorizing Brian J. Mullen, Trustee, to pay Lane & Nach, P.C., the sum of $25,513.50 in fees and $1,483.06 in costs, for a total of $26,996.56 for services provided to Trustee from August 22, 2007, through December 11, 2009, provided that payment will not prejudice claimants of equal or higher priority.

**DATED AND SIGNED ABOVE**

Lane & Nach, P.C.
2025 North Third St., Suite 157
Phoenix, AZ 85004